**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WAYNE FUNK,<br><br>    Petitioner,<br><br>  vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>    Respondent. | CASE NO. CV 09-06753 DMG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 20, 2011

                     _____
                     DOLLY M. GEE
                     UNITED STATES DISTRICT JUDGE