O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WAYNE FUNK, | CASE NO. CV 09-06753 DMG (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| DOMINGO URIBE, JR., WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of RUSSELL WAYNE FUNK, for a writ of *habeas corpus*. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 20, 2011

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE